O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCYLYN BEZI, | ) Case No. CV 11-0677-MMM (DTB) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| WIL CAMACHO, ET AL. | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fourth Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendant Western National Group's Motion to Dismiss the Third Amended Complaint is granted; that defendant Western National Group's Motion to Dismiss the Fourth Amended Complaint is granted; that defendant Anaheim Housing Authority's Motion to Dismiss the Third and Fourth Amended Complaints is granted; that all of plaintiff's federal civil rights claims

1  alleged against Monte Verde Apartment Homes, Western National Group, and Kyle
2  Kien are dismissed without leave to amend; that plaintiff's VAWA claim is dismissed
3  without leave to amend; and that plaintiff's claims arising under the Equal Protection
4  Clause, the Fourteenth Amendment, the FFHA, the Rehabilitation Act, and the ADA
5  are denied with leave to amend.  Plaintiff is ORDERED, if she decides to proceed, to
6  file a Fifth Amended Complaint remedying the deficiencies discussed in the Report
7  and Recommendation within thirty (30) days of the date of this Order.

Dated: November 7, 2012

　　　　　　　　　　　　　　　／s／ Margaret M. Morrow
　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE