UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCYLYN BEZI,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>WIL CAMACHO, ET AL.<br><br>　　　　　　Defendants. | Case No. CV SA11-0677-MMM (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Sixth Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that the AHA defendants' Motion to Dismiss the Sixth Amended Complaint is granted and that the following claims are dismissed without leave to amend: (a) Plaintiff's Section 3617 claims against Maldonado and Aguilar; and (b) plaintiff's federal civil rights claim against Aguilar based on a due process violation and a FFHA violation.

1 | Plaintiff's federal civil rights claim against Maldonado, based on a violation of an unidentified section of the FFHA, and plaintiff's Rehabilitation Act claim against Maldonado and the AHA are dismissed with leave to amend.

If plaintiff desires to proceed, she is ordered to file a Seventh Amended Complaint remedying the deficiencies discussed in the Report and Recommendation within thirty (30) days of the date of this Order.

Dated: May 23, 2014

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE