UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCYLYN BEZI,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>WIL CAMACHO, ET AL.<br><br>　　　　　　Defendants. | Case No. SACV 11-00677-MMM (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Seventh Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Motion to Dismiss of Anaheim Housing Authority ("AHA"), Wil Camacho ("Camacho"), Alma Heurta ("Huerta"), Veronica Maldonado ("Maldonado"), and Grace Stepter ("Stepter") (collectively referred to herein as the "AHA defendants") is granted with respect to the Rehabilitation Act claim and this claim is dismissed without leave to amend; that the

AHA defendants' Motion to Dismiss is denied with respect to the Section 3604 claim against AHA and Maldonado and the federal civil rights claim against Maldonado; that the Motion to Dismiss of Western National Group ("WNG"), Kyle Kien ("Kien"), and Monte Verde Apartment Homes ("MVAH") (collective referred to herein as "WNG defendants") is granted with respect to the Section 827 and 1940.2 claims against WNG and MVAH and the conversion claim against Kien and that these claims are dismissed without leave to amend; that the WNG defendants' Motion to Dismiss is denied with respect to the Section 3617 claim against the WNG defendants, the Section 3604 claims against the WNG defendants, plaintiff's trespass and Section 1954 claims against WNG and MVAH; and the conversion claim against WNG and MVAH; and that defendants are ordered to serve and file an Answer addressing the merits of the remaining claims in the 7thAC within 20 days of the date of this Order.

Dated: July 9, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE