# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCYLYN BEZI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WIL CAMACHO, ET AL.<br><br>　　　　　Defendants. | Case No. SACV 11-00677-JLS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Seventh Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /
/ / /
/ / /
/ / /
/ / /

IT THEREFORE IS ORDERED that the Motion for Summary Judgment filed by WNG Monte Verde, L.P., Western National Securities dba Western National Property Management, and Kyle Kien is granted; that the Motion for Summary Judgment filed by the Anaheim Housing Authority and Veronica Maldonado is granted and that this action is hereby DISMISSED WITH PREJUDICE.

Dated: September 12, 2016

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE