JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCYLYN BEZI,<br><br>  Plaintiff,<br><br>vs.<br><br>WIL CAMACHO, ET AL.<br><br>  Defendants. | Case No. SACV 11-00677-JLS (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered in favor of defendants WNG Monte Verde, L.P., Western National Securities dba Western National Property Management, Kyle Kien, the Anaheim Housing Authority, and Veronica Maldonado dismissing this action with prejudice.

Dated: September 12, 2016

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1